UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAVUK BHAVUK | No. 1:26-cv-00740-DJC-AC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

    Petitioner filed a Petition for Writ of Habeas Corpus (Pet. (ECF No. 1)) and a Motion for Temporary Restraining Order (Mot. TRO (ECF No. 2)) seeking release from the custody of Immigration and Customs Enforcement ("ICE").  Petitioner raises three claims for relief in his Habeas Petition alleging violations of the Immigration and Nationality Act and due process.  Respondents are amenable to this Court ruling on the underlying merits of the Habeas Petition (Opp'n (ECF No. 6) at 1) and Petitioner does not oppose (*see* Reply (ECF No. 9) at 4).

    The Court has previously addressed the legal issues raised in the Petition's second claim for relief.  *See Garcia Mariagua v. Chestnut,* 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem,* 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *see also Singh v. Andrews,* No. 1:25-

1

cv-01543-DJC-SCR, 2025 WL 3248059 (E.D. Cal. 2025).  Respondents concede that there "are no substantial factual or legal issues that render this case distinguishable from this Court's prior decisions" in the above-cited cases.  (Opp'n at 1.)  Accordingly, as Respondents have not made any new legal arguments that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to the second claim for relief of the Petition for the reasons stated in those prior orders.

Respondents are ORDERED to immediately release Petitioner Bhavuk Bhavuk from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have their counsel present.

The Clerk of Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **February 6, 2026**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – BHAVUK26cv00740.tro_v1